*Paxton Blair, Harry H. Lipsig* and *Edward M. Edenbaum* **for** appellant.

*Archie B. Morrison, John D. Lynn* and *Daniel Miner* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Loughran, Ch. J., Lewis, Conway, Desmond, Thacher, Dye and Fuld, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. Leo J. Lewis, Appellant, against John F. Foster, as Warden of Auburn State Prison, Respondent. The People of the State of New York, Respondent.

*Argued January 14, 1947; decided February 28, 1947.*

*Herbert T. Anderson* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Herman N. Harcourt, Wendell P. Brown, Patrick H. Clune* and *William S. Elder, Jr.,* of counsel), for respondent.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.